UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11748-GAO

NOUHAD SABA,
Plaintiff,

v.

EASTERN BANK,
Defendant.

ORDER
May 16, 2011

O'TOOLE, D.J.

The defendant filed a motion to dismiss the plaintiff's complaint. To date, the plaintiff has filed no opposition to this motion, although the time to respond has long since past. After review of the record, the Court finds the defendant's motion appropriate. The plaintiff has failed to state a claim upon which relief can be granted, even under the liberal standard provided to *pro se* litigants. The plaintiff has not provided facts enough to "nudge[] [his] claims across the line from conceivable to plausible." Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570 (2007). Accordingly, the motion (dkt. no. 9) to dismiss is GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge